UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TODD FRIEDMAN, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                Plaintiffs,

   -against-                                      Civ. No. 16-cv-5899

NOVASTAR FUNDING, LLC,             **STIPULATION AND ORDER OF**
                                                      **DISMISSAL WITH**
              Defendant.                      **PREJUDICE**
----------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice, except that the claim of other proposed class members shall be dismissed without prejudice.  Each party shall bear its own attorneys' fees and costs expect as may otherwise be agreed to by the parties.

Date:  New York, New York
October 11, 2017

                                      PIERCE & KWOK, LLP

                                      By: /s/ Aaron H. Pierce
                                      Aaron H. Pierce, Esq.

                                      253 Church St., Suite 4A
                                      New York, New York 10013
                                      Phone:  (212) 882-1752
                                      Email:  aaron.pierce@piercekwok.com

                                      *Attorneys for Defendant Novastar Funding, LLC*

                        DeNITTIS OSEFCHEN PRINCE, P.C.

                        By: /s/ Ross H. Schmierer
                        Ross H. Schmierer

                        315 Madison Avenue, 3rd Floor
                        New York, New York 10017
                        Phone:  (646) 979-3642
                        Email:  rschmierer@denittislaw.com

                        *Attorneys for Plaintiff Todd Friedman*

SO ORDERED:

_____
U.S.D.J.